SEPTEMBER 8, 2005

No. 05A229. CORZINE, UNITED STATES SENATOR, ET AL. *v.* 2005 DEFENSE BASE CLOSURE AND REALIGNMENT COMMISSION ET AL. C. A. 3d Cir. Application for stay and/or preliminary injunction, presented to JUSTICE SOUTER, and by him referred to the Court, denied.

No. 05A230. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. 8th Cir. Application for injunction, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

SEPTEMBER 12, 2005

No. 04A1010. BECKLEY *v.* UNITED STATES. Application for bail, addressed to JUSTICE SOUTER and referred to the Court, denied.

SEPTEMBER 14, 2005

No. 05–6301 (05A247). IN RE NEWTON. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 05–6302 (05A248). NEWTON *v.* TEXAS (two judgments). Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 20, 2005

No. 04–1690. UNITED STATES *v.* BARNETT. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.